UNITED STAES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA NESSEL,

    Plaintiff,                                   Case No. 22-cv-12832

v.                                                     Hon. Matthew F. Leitman

LAUJOR ESTATE WINERY, LLC

    Defendant.

_____/

## ORDER REQUIRING PLAINTIFFS TO SERVE DEFENDANTS WITH NOTICE OF HEARING

On April 19, 2023, Plaintiff Dana Nessel filed a motion for a default judgment against Defendant Laujor Estate Winery, LLC. (*See* Mot., ECF No. 11.)  The Court has now issued a Notice of Hearing setting Plaintiffs' motion for a Zoom videoconference hearing on June 16, 2023, at 2:30 p.m.

By no later than **May 15, 2023**, Plaintiff shall serve Defendant with (1) the Notice of Hearing, (2) this order, and (3) a proposed default judgment.  In addition, by no later than **May 15, 2023**, Plaintiff shall file a Certificate of Service on the docket confirming that she has served Defendant with these documents.

    **IT IS SO ORDERED.**

                                                                 s/Matthew F. Leitman
                                                                 MATTHEW F. LEITMAN
                                                                 UNITED STATES DISTRICT JUDGE

Dated:  April 20, 2023

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126